IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKEEM TYREE GREGORY, | No. 4:20-CV-02308 |
| Petitioner, | (Judge Brann) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | |
| Respondents. | |

### ORDER

#### DECEMBER 29, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of the action.[1]

2. The petition for writ of habeas corpus[2] is DEEMED filed and **DISMISSED** without prejudice.[3]

3. The Clerk of Court is directed to **NOTIFY** the Petitioner and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] Doc. 2.
[2] Doc. 1.
[3] *See* R. GOVERNING §2254 CASES R1(b), R 4.